# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARRETT'S BARLEYCORN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:15CV98** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COLUMBIA INSURANCE GROUP, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

Plaintiff has moved to voluntarily dismiss this action. ([Filing 4](#).) No summons has ever been requested in this suit. Defendant has not been served and has not responded to the Complaint. Accordingly, upon Plaintiff's request, the Court will deem this action dismissed and closed.

**IT IS SO ORDERED.**

**DATED May 28, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**